IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM VEAVER,

    Petitioner,                    No. CIV S-10-2994 JFM (TEMP) P

    vs.

BUTTE COUNTY DISTRICT
ATTORNEY'S OFFICE,

    Respondent.                  ORDER

/

        Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On December 9, 2010, respondent was directed to file a response to petitioner's habeas petition. Since then, petitioner has filed four motions in which he seeks summary judgment, placement in protective custody and attorneys fees. None of the motions are appropriate in this action at this time. Accordingly, IT IS HEREBY ORDERED that all outstanding motions are DENIED

DATED: January 27, 2011.

UNITED STATES MAGISTRATE JUDGE

kc
veav2994.abs

1