IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM VEAVER,

    Petitioner,                  No. CIV-S-10-2994 JFM (TEMP) P

    vs.

BUTTE COUNTY DISTRICT
ATTORNEY'S OFFICE,

    Respondent.                <u>ORDER</u>

                               /

On February 4, 2011, respondent filed a motion to dismiss. Petitioner has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall file an opposition to respondent's motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action be pursuant Federal Rule of Civil Procedure 41(b).

DATED: June 6, 2011.

                                        UNITED STATES MAGISTRATE JUDGE

kc
veav2994.146